**CASEY & BARNETT, LLC**
ATTORNEYS AT LAW
305 Broadway, Ste 1202
New York, New York 10007

mfc@caseybarnett.com
*Direct: 646-362-8919*

Telephone: (212) 286-0225
Facsimile: (212) 286-0261
Web: www.caseybarnett.com

NEW JERSEY OFFICE
*Casey & Barnett, LLP*
PO Box 235
Fanwood, NJ  07023

July 1, 2022

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> The request for an extension of time to answer is GRANTED.  The initial pre-trial conference is adjourned to August 12, 2022 at 11:00 a.m.  The parties are directed to dial in to the Court's teleconference line at 888-251-2909, Access Code 2123101, and follow the necessary prompts.
>
> SO ORDERED.
>
> /s/ Lewis J. Liman
> LEWIS J. LIMAN
> United States District Judge
> 7/1/2022

    Re:    ***GE.CA LEGUMI v MSC***
           22-cv-3151 (LJL)
           CB Ref: 392-06

Dear Honorable Judge Liman:

We represent the plaintiff in the referenced matter. We write in regard to the PreTrial Conference scheduled for July 12, 2022 (Dkt # 7). We note that the claim value for this lawsuit is quite nominal ($20,000). We have been engaged in settlement discussions with defendant MSC's claims office in an effort to resolve the matter without the need to engage the Court's time. In order to permit the parties additional time to seek an amicable resolution, we respectfully request that Your Honor adjourn the aforementioned conference for 30 days.

In addition, we note that defendant's Answer is due to be filed by July 5, 2022. They have requested our consent to extending this deadline for thirty days, up to August 5, 2022 in order to avoid the costs involved in retaining counsel. Plaintiff has no objection to this request and we therefore ask that Your Honor extend the time for MSC to answer and appear in this action for that time period.

We thank the court for its anticipated cooperation and courtesy in this regard.

                                    Respectfully submitted,
                                    **CASEY & BARNETT, LLC**

                                    */s/ Martin Casey*
                                    Martin F. Casey